IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

LAURA B. MORTON,

    Plaintiff,

                                 Civil Action 2:18-cv-00445
                                 Judge James L. Graham
    v.                           Chief Magistrate Judge Elizabeth P. Deavers

KEVIN JOHN O'BRIEN, *et al.*,

    Defendants.

## ORDER

This matter is before the Court for consideration of Plaintiff's Motion for Telephone Conference to Discuss Discovery Disputes. (ECF No. 27.) Upon review of the Motion, it is hereby **GRANTED**. The Court, therefore, schedules a Telephonic Status Conference before the Undersigned for **MAY 15, 2019** at **3:00 P.M.** The parties are directed to call **1-877-336-1280**, enter access code **7598806#**, followed by security code **1234#**.

    IT IS SO ORDERED.


**Date: May 8, 2019**                                 */s/ Elizabeth A. Preston Deavers*
                                                      **ELIZABETH A. PRESTON DEAVERS**
                                                      **CHIEF UNITED STATES MAGISTRATE JUDGE**